# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARSENAL, INC., t/a ARSENAL ASSOCIATES; and 5301 LLC., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | No. 14-1289 |
| v. | : | |
| | : | |
| LARRY AMMONS; PETER AMMONS; MELISSA BULLARD; BEN AMMONS, AMMONS SUPERMARKET LLC; and WAKEFERN FOOD CORPORATION, | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this _28th__ day of September, 2017, it is **ORDERED** as follows:

- Defendants' Motion for **Summary Judgment** (ECF No. 152) is **GRANTED**;

- Plaintiffs' Motion for Partial **Summary Judgment** on the Issue of Liability (ECF No. 155) is **DENIED**;

- Defendants' Motion for **Sanctions** (ECF No. 154) is **DENIED**.

            s/Anita B. Brody

            _____
            ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:      Copies **MAILED** on _____ to: